PROB 22
(Rev. 2/88)

DOCKET NUMBER *(Tran. Court)*
0645 1:20CR20122

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
1:22PT00010

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Timothy James Nutt | Eastern District of Michigan | Detroit |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Patricia T Morris |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/8/2022 | TO 3/7/2023 |
|---|---|---|

**OFFENSE**
Count 1: 18 U.S.C. § 1163 - Theft From Indian Tribal Organizations

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   MICHIGAN

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Western District of Michigan   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 3/17/2022 | s/ Patricia T. Morris |
|---|---|
| Date | United States Magistrate Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| March 21, 2022 | /s/ Janet T. Neff |
|---|---|
| Effective Date | United States District Judge |